# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# AT LONDON

**CIVIL ACTION NO. 13-39-DLB-HAI**

**VERONICA HAMPTON**                                                 **PLAINTIFF**

**VS.**                                **<u>JUDGMENT</u>**

**SAFECO INSURANCE COMPANY OF AMERICA**               **DEFENDANT**

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

In accordance with Federal Rule of Civil Procedure 58, **IT IS HEREBY ORDERED AND ADJUDGED** that:

(1)     Defendant's Motion for Summary Judgment (Doc. #36) is hereby **granted**;

(2)     This matter is **dismissed with prejudice** and stricken from the active docket of the Court; and;

(3)     This is a final and appealable order.

This 5th day of August, 2014.



Signed By:
David L. Bunning
United States District Judge

G:\DATA\Opinions\London\13-39 Judgment.wpd